## Laurie Sweany and Virginia Maloney, Appellees, v. Walgreen Company, Inc., Appellant.

### Gen. No. 43,037.

opinion filed June 16, 1944. Lord, Bissell & Kadyk, for appellant. Henry Mitgang, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.